*icy,* and *P. F. Gault* for petitioner. *Mr. Thomas B. Lantry* for respondents.

No. 61. TRIMBLE *v.* NEW YORK LIFE INSURANCE Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Howard B. Warren* for petitioner. *Mr. Louis H. Cooke* for respondent.

No. 63. BURDICK ET AL *v.* COCHRAN. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Ira Robinson* and *Louis Titus* for petitioners. *Messrs. Harry Friedman* and *Howe P. Cochran* for respondent.

No. 64. SMITH v. COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul Reilly* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 65. AUSTIN ET AL. *v.* COE, COMMISSIONER OF PATENTS. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Melville Church* for petitioners. *Solicitor General Biggs* and *Mr. T. A. Hostetler* for respondent.